IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOHN A. CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br>Section of Determination of Discontinuing<br>Benefits et al.<br><br>    Defendants. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br><br><br>Case No. 2:06-CV-00459 PGC |

      Mr. John A. Campbell originally filed thirty-six separate cases in this court. The court consolidated the cases and United States Magistrate Judge Brooke C. Wells reviewed Mr. Campbell's claims on the merits. Currently before the court is the Report and Recommendation issued by Judge Wells, dated November 16, 2006, recommending that all of Mr. Campell's claims be dismissed.

      Mr. Campbell was notified of his right to object to the Report and Recommendation and that he must file any objections with the clerk of the court within ten (10) days after receiving it, pursuant to 28 U.S.C. § 636(b). The court has not received any objections from Mr. Campbell.

      Having reviewed all relevant materials, including the reasoning set forth in Judge Wells' Report and Recommendation, the court ADOPTS the Report and Recommendation and

dismisses this case.  The clerk of the court is directed to enter judgment accordingly, with each party to bear its own fees and costs.  Additionally, the clerk's office is directed to close this case.

DATED this 18th day of December, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge